UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**COREY MARQUEE ADAMS (#357624)**

**VERSUS**

**LOUISIANA DEPT. OF CORR., ET AL.**

**CIVIL ACTION**

**NO. 23-1672-JWD-EWD**

### OPINION

After independently reviewing the complete record in this case and for the reasons outlined in the Magistrate Judge's Report dated December 3, 2024 (Doc. 4), to which no objection was filed,

**IT IS ORDERED** that Adams' federal claim concerning the processing of his grievances is DISMISSED WITH PREJUDICE as legally frivolous and for failure to state a claim under 28 U.S.C. §§ 1915(e) and 1915A.[1] Additionally, the Court declines to exercise supplemental jurisdiction over any potential state law claims.

**IT IS FURTHER ORDERED** that any remaining federal claims Adams has raised are DISMISSED WITHOUT PREJUDICE due to improper cumulation, and that this case is CLOSED.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on March 7, 2025.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Adams is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Since the Recommendation is being adopted, the dismissal will count as a strike.